**Record and Return To:**
United Wholesale Mortgage, LLC
585 South Blvd E
Pontiac, MI 48341

Drafted By: **George Pfeiffer**

Loan #:

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **UNITED WHOLESALE MORTGAGE, LLC, its successors and assigns**, **585 South Blvd. E., Pontiac, MI 48341**, by these presents does convey, assign, transfer and set over to: **Lakeview Loan Servicing, LLC, its successors and assigns**, **4425 Ponce de Leon Blvd, MS 5-251  Coral Gables, FL 33146**, the following described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$251,515.00** is recorded in the State of **Maine**, County of **Cumberland** Official Records, dated **11/29/2021** and recorded on **11/30/2021**, as Instrument No. **84488** in Book No. **38935**, at Page No. **312**.
Original Mortgagor: **Christopher M Parker and Amy S Parker, as joint tenants**
Original Mortgagee: **United Wholesale Mortgage, LLC**
Property Address: **128 CARSLEY RD, HARRISON, MAINE 04040-3934**
Date: **05/02/2023**.

**UNITED WHOLESALE MORTGAGE, LLC, its successors and assigns**

By: _/s/ Heidi Hirl_
Name: **Heidi Hirl**
Title: **Assistant Vice President**

STATE OF **Michigan** } s.s.
COUNTY OF **Oakland**

On **05/02/2023**, before me, **CARYN E. LAMB**, Notary Public, personally appeared **Heidi Hirl, Assistant Vice President** of **UNITED WHOLESALE MORTGAGE, LLC, its successors and assigns**, personally known to me (or proved to me the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she/he/they executed the same in her/his/their authorized capacity(ies), and that by her/his/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_/s/_

Notary Public: **CARYN E. LAMB**
My Commission Expires: **05/27/2025**

CARYN E. LAMB
Notary Public, State of Michigan
County of Oakland
My Commission Expires May, 27, 2025
Acting in the County of Oakland

The notarial act was performed using electronic technology from CSC

EXHIBIT F