

# Doonan, Graves & Longoria LLC
## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

October 17, 2023

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

**Certified Article Number**
9414 7266 9904 2216 0239 77
SENDER'S RECORD

Amy Parker
128 Carsley Road
Harrison, ME 04040

**Certified Article Number**
9414 7266 9904 2216 0239 60
SENDER'S RECORD

Amy Parker
92 Maple Drive
Gorham, ME 04038-4032

**Certified Article Number**
9414 7266 9904 2216 0239 53
SENDER'S RECORD

Christopher Parker
128 Carsley Road
Harrison, ME 04040

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED
## WILL BE USED FOR THAT PURPOSE.

Re: Property Address: 128 Carslev Road, Harrison, ME 04040
    Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, M&T Bank, the Mortgagee, Lakeview Loan Servicing, LLC and the Owner/Investor, Lakeview Loan Servicing, LLC pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of United Wholesale Mortgage, LLC its successors and assigns (if MERs) dated November 29, 2021 and recorded in the Cumberland County Registry of Deeds in Book 38935, Page 312. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this**

**EXHIBIT G**

**debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | | |
|---|---|---|
| Principal & Interest | $ | 11,478.72 |
| Taxes & Insurance | $ | 4,609.77 |
| Late Charges | $ | 459.14 |
| **TOTAL TO CURE DEFAULT:** | **$** | **16,547.63** |

A portion of the amount due is reasonable interest in the amount of $6,478.28.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$16,547.63** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **M&T Bank, Payment Processing, P.O. Box 840, 1 Fountain Plaza, 4th Floor, Buffalo, NY 14240. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact M&T Bank at 1-800-724-1633 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Lakeview Loan Servicing, LLC, the mortgage servicer, which is M&T Bank or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Lakeview Loan Servicing, LLC is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation

to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:

http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact M&T Bank at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

M&T Bank
Loss Mitigation Department/Loan Resolution
P.O. Box 840, 1 Fountain Plaza
4th Floor
Buffalo, NY 14240
1-800-724-1633

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
M&T Bank
Lakeview Loan Servicing, LLC

by its attorney

Reneau J. Longoria, Esq.

SM
cc: Client

57212

## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777 **Web: www.avestahousing.org** | 307 Cumberland Avenue Portland, Maine 04101 | - English |

| MMI - South Portland | **Phone:** 800-873-2227 **Web:** | 111 Wescott Road South Portland, Maine 4106 | - English |

| MMI - South Portland | **Phone:** 800-308-2227 **Web: www.moneymanagement.org** | 111 Wescott Road South Portland, Maine 4106 | - English |

| Kennebec Valley Community Action Program | **Phone:** 800-542-8227 **Web: www.kvcap.org** | 97 Water Street Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



**Please add any outstanding attorney fees and costs to the following. Please adjust figures provided to remove any amounts that are NOT recoverable or should not be included. This includes any post acceleration charges that are not recoverable:**

| Request Type: | Internal Use for Foreclosure Proceedings |
|---|---|
| Special Instructions: | |

## REINSTATEMENT FIGURES

RE: 0105750897
     CHRISTOPHER M PARKER
     AMY S PARKER
     128 CARSLEY RD
     HARRISON, ME 04040

Dear Sir/Madam:

Below please find the calculation for reinstatement figures regarding the above referenced loan.  This calculation is good through 10/13/2023.

| | |
|---|---:|
| TOTAL PAYMENT AMOUNT: | 16,088.49 |
| ACCRUED LATE CHARGE: | 459.14 |
| FORECASTED LATE CHARGE: | 0.00 |
| BAD CHECK FEES: | 0.00 |
| NET SUSPENSE: | 0.00 |
| UNPAID EXPENSES: | 0.00 |
| ESCROW SHORTAGE/OVG: | 867.32 |
| SUBTOTAL: | 17,414.95 |
| BKCY/FCL FEES/COSTS ADV: | 1,843.40 |
| TOTAL DUE: | 19,258.35 |

\*\*\*Please Note\*\*\*

See "Escrow - Corporate Breakdowns" for breakdown of: Late Charges, Escrow advances, Other Fees, and BKCY/FCL FEES/COSTS ADV (Corporate Advances)

 **M&T** Bank

**Please add any outstanding attorney fees and costs to the following. Please adjust figures provided to remove any amounts that are NOT recoverable or should not be included. This includes any post acceleration charges that are not recoverable:**

**Request Type:** Internal Use for Foreclosure Proceeding
**Special Instructions:**

## PAYOFF STATEMENT

Wednesday, October 4, 2023                                Re:  Loan No.  0105750897

CHRISTOPHER M PARKER                        CHRISTOPHER M PARKER
AMY S PARKER                                AMY S PARKER
128 CARSLEY RD                              128 CARSLEY RD
HARRISON, ME 04040-3934                     HARRISON, ME 04040

Interest Due To: 10/13/2023                 At:  2.87500 %
Interest Due From: 11/01/2022
Next Payment Due: 12/01/2022

| | |
|---|---:|
| Principal Balance: | 246,555.05 |
| Total Interest | 6,730.74 |
| Late Charges Due: | 459.14 |
| Escrow/Impound Overdraft | 2,536.46 |
| Pro Rata PMI/MIP: | 799.15 |
| Unpaid NSF Charges | 0.00 |
| Unpaid Expenses | 0.00 |
| Corporate Advances | 1,843.40 |
| Document Preparation | 0.00 |
| Federal Express | 0.00 |
| Trustee Fee | 0.00 |
| * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $ | 258,923.94 |
| * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * | |

Per diem through the last day of the month only:                          19.42

Funds received after the requested payoff date will require                0.00
additional per diem.  The current escrow balance is:

***Please Note***

See "Escrow - Corporate Breakdowns" for breakdown of: Late Charges, Escrow advances, Unpaid Other Fees, and Miscellaneous Expense Due (Corporate Advances)

**LOAN NUMBER** 0105750897
**COMPLETED BY** AMBER KRUCZKOWSKI

## ESCROW AND CORPORATE ADVANCE BREAKDOWN

| TAXES | | INSURANCE | | MIP | | CREDITS | | INSPECTIONS | | VALUATI |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/21/23 | 1,201.12 | | | 12/14/22 | 871.75 | Beg Bal | 319.35 | 06/03/22 | 20.00 | |
| 01/13/23 | 1,103.72 | | | | | 01/12/23 | 320.47 | 06/24/22 | 20.00 | |
| | | | | | | 01/03/23 | 0.31 | 06/27/22 | (20.00) | |
| | | | | | | | | 07/18/22 | 20.00 | |
| | | | | | | | | 08/25/22 | 20.00 | |
| | | | | | | | | 09/21/22 | 20.00 | |
| | | | | | | | | 10/17/22 | 20.00 | |
| | | | | | | | | 12/29/22 | 20.00 | |
| | | | | | | | | 01/25/23 | 20.00 | |
| | | | | | | | | 02/28/23 | 20.00 | |
| | | | | | | | | 06/01/23 | 20.00 | |
| | | | | | | | | 07/03/23 | 20.00 | |
| | | | | | | | | 08/02/23 | 20.00 | |
| | | | | | | | | 09/12/23 | 20.00 | PROPERTY F |
| | $2,304.84 | | $0.00 | | $871.75 | | $640.13 | | $240.00 | |

Total Escrow Advance Balance = $2,536.46

Total Corporate Advan

### LATE CHARGE

| Assessed | Amount | Paid | Waived | Amount |
|---|---|---|---|---|
| 4/18/22 | $41.74 | | | |
| 5/16/22 | $41.74 | | | |
| 6/16/22 | $41.74 | | | |
| 6/16/22 | ($9.00) | | | |
| 6/16/22 | $9.00 | | | |
| 7/18/22 | $41.74 | | | |
| 8/16/22 | $41.74 | | | |
| 9/16/22 | $41.74 | | | |
| 10/17/22 | $41.74 | | | |
| 11/16/22 | $41.74 | | | |

| | |
|---|---|
| 12/16/22 | $41.74 |
| 1/17/23 | $41.74 |
| 1/26/23 | ($41.74) |
| 2/16/23 | $41.74 |
| 2/24/23 | $41.74 |
| 3/16/23 | $41.74 |
| 3/20/23 | ($41.74) |

**pre-accelerated late charges**

Net: **$459.14**

Pre-Accelerated Late Charges Exist; Cutoff: 06/28/2023
Pre-Accelerated Late Charge Total: $459.14

 **UNITED STATES POSTAL SERVICE** | **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA 01915

**To:**

Amy Parker

128 Carsley Road

Harrison, ME 04040

PS Form **3817**, April 2007 PSN 7530-02-000-9065



$1.85 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915
S88334.17

Postmark Here



 **UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA 01915

**To:**

Amy Parker

92 Maple Drive

Gorham, ME 04038-4032

PS Form **3817,** April 2007 PSN 7530-02-000-9065



$1.85 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S89334.16

Postmark Here



USPS
CUMMINGS STATION
BEVERLY MA 01915

 **UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here



This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA 01915

**To:**

Christopher Parker

128 Carsley Road

Harrison, ME 04040

Postmark Here

PS Form **3817,** April 2007 PSN 7530-02-000-9065



FORM #45663 VERSION: E0822

**WALZ**

WALZ
CERTIFIED
MAILER®

FROM

Label #1

Label #2

Label #3

Christopher Parker
128 Carsley Road
Harrison, ME 04040

**A**  FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**B**  Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2216 0239 70

Label #4

FOLD AND TEAR THIS WAY ⟶

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2216 0239 77

⟵ TEAR ALONG THIS LINE

| | |
|---|---|
| Certified Mail Fee | $ 4.35 |
| Return Receipt (Hardcopy) | $ 3.55 |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ .87 |
| Total Postage and Fees | $ 8.77 |

**Postmark
Here**

Sent to:
  Christopher Parker
  128 Carsley Road
  Harrison, ME 04040

**Reference Information**

SM/MNK
Christopher Parker, Amy Parker
57212

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number



**WALZ** **CERTIFIED MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0622

Label #1

Label #2

Amy Parker
92 Maple Drive
Gorham, ME 04038-4032

Label #3

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

**USPS® ARTICLE NUMBER**

9414 7266 9904 2216 0239 60

| | |
|---|---|
| Certified Mail Fee | $ 4.35 |
| Return Receipt (Hardcopy) | $ 3.55 |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ .87 |
| Total Postage and Fees | $ 8.77 |

— TEAR ALONG THIS LINE

**Postmark Here**

Sent to:
Amy Parker
92 Maple Drive
Gorham, ME 04038-4032

**Reference Information**
SM/MNK
Christopher Parker, Amy Parker
57212

PS Form 3800, Facsimile, July 2015

**A** FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**B** Label #5 (OPTIONAL)

Label #7 - Certified Mail Article Number

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2216 0239 63

Label #4

FOLD AND TEAR THIS WAY ⟶



**WALZ** FROM **WALZ**

**WALZ CERTIFIED MAILER®**

FORM #45663 VERSION: E0822

Label #1

Label #2

Amy Parker
128 Carsley Road
Harrison, ME 04040

Label #3

**A** FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**B**

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2216 0239 56

Label #4

FOLD AND TEAR THIS WAY ⟶

---

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2216 0239 53

| | | |
|---|---|---|
| Certified Mail Fee | $ 4.35 | |
| Return Receipt (Hardcopy) | $ 3.55 | |
| Return Receipt (Electronic) | $ | **Postmark Here** |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .87 | |
| Total Postage and Fees | $ 8.77 | |

Sent to:
Amy Parker
128 Carsley Road
Harrison, ME 04040

**Reference Information**

SM/MNK
Christopher Parker, Amy Parker
57212

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number

MK



**Doonan, Graves & L**
ATTORNEYS AT LAW | EXCEL
100 CUMMINGS CENTER, :
BEVERLY, MASSACHUSET

CERTIFIED MAIL

9414 7266 9904 2216 0239 77



FIRST-CLASS





ZIP 01915
02 7H
0001336074

US POSTAGE AND PITNEY BOWES

$ 008.77°

OCT 17 2023

Christopher Parker
128 Carsley Road
Harrison, ME 04040

MK



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Christopher Parker
128 Carsley Road
Harrison, ME 04040

FIRST-CLASS

US POSTAGE AND PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.87⁰

OCT 17 2023

MK



**Doonan, Graves &**
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSE

CERTIFIED MAIL®

9414 7266 9904 2216 0239 53

Amy Parker
128 Carsley Road
Harrison, ME 04040



FIRST-CLASS

US POSTAGE AND PITNEY BOWES

ZIP 01915
0001338074
$ 008.770
OCT 17 2023



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Amy Parker
128 Carsley Road
Harrison, ME 04040

FIRST-CLASS

US POSTAGE ᴮʸ PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.87⁰

OCT 17 2023

MK

MK



**Doonan, Graves &**
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSE

CERTIFIED MAIL®



9414 7266 9904 2216 0239 60

Amy Parker
92 Maple Drive
Gorham, ME 04038-4032

FIRST-CLASS



US POSTAGE ᴬᴺᴰ PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 008.770
OCT 17 2023

MK



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Amy Parker
92 Maple Drive
Gorham, ME 04038-4032

FIRST-CLASS



US POSTAGE — PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.87⁰
OCT 17 2023

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:Lakeview Loan Servicing, LLC
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:M&T Bank
Loss Mitigation Department/Loan Resolution
P.O. Box 840, 1 Fountain Plaza
4th Floor
Buffalo, NY 14240
1-800-724-1633


-----

Consumer Information

-----

Consumer First name:Amy
Consumer Middle Initial/Middle Name:
Consumer Last name:Parker
Consumer Suffix:
Property Address line 1:128 Carsley Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Harrison
Property Address State:
Property Address zip code:04040
Property Address County:Cumberland


-----

Notification Details

-----

Date notice was mailed:10/17/2023
Amount needed to cure default:16,547.63
Consumer Address line 1:128 Carsley Road
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Harrison
Consumer Address State:ME
Consumer Address zip code:04040

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC

Owner of the mortgage:Lakeview Loan Servicing, LLC

What term best describes the owner of the mortgage?:Private mortgage lender

Filer's Email Address:sm@dgandl.com

Contact information for persons having the authority to modify the mortgage to avoid foreclosure:M&T Bank

Loss Mitigation Department/Loan Resolution

P.O. Box 840, 1 Fountain Plaza

4th Floor

Buffalo, NY 14240

1-800-724-1633


-----

Consumer Information

-----

Consumer First name:Amy

Consumer Middle Initial/Middle Name:

Consumer Last name:Parker

Consumer Suffix:

Property Address line 1:128 Carsley Road

Property Address line 2:

Property Address line 3:

Property Address City/Town:Harrison

Property Address State:

Property Address zip code:04040

Property Address County:Cumberland


-----

Notification Details

-----

Date notice was mailed:9/17/2023

Amount needed to cure default:16,547.63

Consumer Address line 1:92 Maple Drive

Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Gorham

Consumer Address State:ME

Consumer Address zip code:04038

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC

Owner of the mortgage:Lakeview Loan Servicing, LLC

What term best describes the owner of the mortgage?:Private mortgage lender

Filer's Email Address:sm@dgandl.com

Contact information for persons having the authority to modify the mortgage to avoid foreclosure:M&T Bank

Loss Mitigation Department/Loan Resolution

P.O. Box 840, 1 Fountain Plaza

4th Floor

Buffalo, NY 14240

1-800-724-1633


-----

Consumer Information

-----

Consumer First name:Christopher

Consumer Middle Initial/Middle Name:

Consumer Last name:Parker

Consumer Suffix:

Property Address line 1:128 Carsley Road

Property Address line 2:

Property Address line 3:

Property Address City/Town:Harrison

Property Address State:

Property Address zip code:04040

Property Address County:Cumberland


-----

Notification Details

-----

Date notice was mailed:10/17/2023

Amount needed to cure default:16,547.63

Consumer Address line 1:128 Carsley Road

Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Harrison

Consumer Address State:ME

Consumer Address zip code:04040

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.